# UNITED STATES DISTRICT COURT
## for the Central District of Illinois



Thomas J. Kuna-~~Jacobs~~
Plaintiff,

v.

Judge Pistorius

Defendant(s).

Case No. 22-1023

FILED
JAN 2 8 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.   JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

Amendment VII & ART VI Para 2 of the US Constitution

**II.  PARTIES**

Plaintiff: Thomas J. Kuna-Jacobs

A.   Plaintiff, a citizen of ILLINOIS (state), who resides at 103 Milk St, PO Box 75, Kane IL 62054, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant Judge Pistorius is employed as a
     (a) (Name of First Defendant)
former Judge of the Jersey County IL Court
     (b) (Position/Title)
with 7th Circuit of ILL, Jersey County
     (c) (Employer's Name and Address)

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

$75,000⁰⁰ ("50,000⁰⁰ for AAA of Missouri —Southern IL + MissIL Hellhorn) & 25,000⁰⁰ for Stadium Theate for on a whim denying me a jury trial in both the cases cited

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.   Defendant_____is employed as a
                    (a) (Name of Second Defendant)

_____
                    (b) (Position/Title)
with_____.
                    (c) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #3:**

D.   Defendant_____is employed as a
                      (a) (Name of Third Defendant)

_____
                              (b) (Position/Title)

with_____.
                      (c) ) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

- AAA of Missouri & Southern IL
- Missy Hellhorn
- Hadium Theatre

3

### III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☒  ☐ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1. Parties to previous lawsuits:

   Plaintiff(s): Thomas J. Kuna-Jacob

   Defendant(s): State of IL
   et Secty of State Jesse White

2. Date of Filing: circa March 2021
3. Case Number: 3:21-CV-00452-NJR
4. Jurisdiction/Court: Southern Dist of ILL
5. Name of Judge: N.J. Rosenstegl (?)
6. Issues Raised: routinized denial of the VII Amendment RIGHT TO A JURY TRIAL; ART I §8(4) violation of Congressional authority over public sector prices
7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending (?)
8. Date of Final Disposition: pending (?)

4

### IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about __2✗020__ (month, day, year), at approximately __15__ ☐ a.m. ☒ p.m., plaintiff was present in the (municipality) (or unincorporated area of) __Jerseyville IL__, in the County of __Jersey__, in the State of Illinois, at __the Courthouse @ 200 Pearl St__.

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☐ conspired together to violate one or more of plaintiff's civil rights;

☒ other *(please explain)*: __denied plaintiff's CLEAR 7TH Amendment RIGHT to a jury trial in 2 matters not related to each other__

2. Plaintiff was charged with one or more crimes, specifically:

_____

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☒ other: __causes were DISMISSED with a basis in LAW whether Fed or State__

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

① RE: AAA of MO & Southern IL & Missy Hellhorn a dent to Missy Hellhorn's car door the size of a pinkie finger nail which could have been repaired for <$250 was "adjudged" to be worth $1500.00

PLAINTIFF ALLEGED CONSPIRACY & COLLUSION Between the State of ILL, AAA of MO + Southern IL & Missy Hellhorn

② RE: Stadium Theatre displayed publically an OFFENSIVE ad for the movies "DEAD POOL I" + "DEAD POOL II" which openly suggested a link between male genitalia & a READY FIREARM over the CROTCH Defendant DID SUBSEQUENTLY to Plaintiff COMPLAINT REMOVE the AD

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:
① $50,000.00 } which was lost due to
② $25,000.00 } DENIAL of a JURY TRIAL

7. Plaintiff asks that this case be tried by a jury.  ☑ Yes   ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 75,000.00 to compensate for *(check all that apply)*:

    - ☐ bodily harm
    - ☒ emotional harm
    - ☒ pain and suffering
    - ☐ loss of income
    - ☒ loss of enjoyment of life
    - ☐ property damage

2. Punitive Damages:    ☒ Yes    ☐ No    $50,000.00

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: Jan 26, 2022

Signature of Plaintiff: Thomas J Kuna-Jacob

Plaintiff's Name *(print clearly or type)*: Thomas J. Kuna-Jacob

Mailing Address: 103 Mill ST PO Box 75

City: Kane    State: IL    Zip: 62054

Plaintiff's Telephone Number: (623) 261-6077 cell
417-942-9459 landline

7

U.S. Attorney's Office
318 S. Sixth Street
Springfield, IL 62701

7. If you are allowed to proceed without prepaying fees and costs (i.e., if the court grants your motion to proceed *in forma pauperis*), the United States Marshal will serve the summons and complaint for you. However, you will be responsible for preparing a summons form and a Form USM-285 for each defendant named in your complaint, unless otherwise ordered by the court. One copy of each of those forms is attached; you will need to make additional copies of the form as needed to be completed for each defendant.

8. After the complaint is filed, the original of any motion, pleading or other paper submitted for consideration by the court should be filed with the clerk's office. You must also mail a copy of that document to all other parties, or if they have counsel, to their attorneys. When you file your paper with the clerk's office, you must include a **Certificate of Service** using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded.

**EXAMPLE:**

### CERTIFICATE OF SERVICE

I certify that a copy of this   (insert name of document)   was mailed/(delivered)
                                 summons

To   (Name and Address of Party/Attorney)   on   (Date) Jun 26 2022

Signature
Thomas W Kinnear-Jual

SSN: 544
DOB 01/09/1943
Address: 103 Mill St
POB 75
Kane IL
62054

Printed Name
Thomas J. Kuna-Jual   DL ♂ DOB

Acct: Royal Banks of Zenesville Chkng

9. Do not write letters to judges or magistrate judges regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk's office.

Acct# 4544

10. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

CENTRAL

IN THE UNITED STATES DISTRICT COURT FOR THE ~~SOUTHERN~~ DISTRICT OF ILLINI0S

Thomas J. Kuna-Jacob

vs.

The State of Illinois in toto                    3:21-CV-00452-NJR

et

Secretary of State Jesse White
    re: the vehicular Registratiion fee

COMES NOW PLAINTIFF Thomas J. Kuna-Jacob *pro se in forma pauperis* to inform this honorable Court that the State of Illinois has ROUTINELY DENIED in PRACTICE the right of US PERSONS to a JURY TRIAL in civil cases '

> 'In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of tral by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examind in any Court of the United States, than according to the rules of the common law"

In 3-4 cases IN WHICH A JURY TRIAL WAS TIMELY DEMANDED, the hearing Judge routinely ignored that demand and "handled" the matter at issue pursuant to a motion by opposing counsel "to dismiss for lack of a cause of action".

It would be UNCONSTITUTIONAL for this Court to try to "hear the substance of the case(s)" on the issue at hand BECAUSE A JURY HAS NOT DETERMINED THE FACTS and determination of the FACTS by a JURY is PRECISELYat ISSUE HERE.

The sole constitutional ACT open to this Court is to ISSUE A MANDAMUS to the ILLINOIS LEGAL PROFESSION & its Judges to hold a Jury Trial in the County in which the alleged offenses took place:

> "..,, and the Judges in every State state shall be bound thereby, [by the US Constitution] any Thing in the Constitution or Laws of any State to the Contrary notwithstanding"
>         ART VI, Para. 2 US Constitution

in the TWO matters brought before the Hearing Court in Jersey County:

Thomas J. Kuna-Jacob vs. Stadium, Theater       RE: Public Display of an ad for the Movie
"Dead Pool I" and "Dead Pool II" featuring the groin
& Crotch of a tight red-suited man holding a Luger
over his   obviously suppressed erection his, finger
on the trigger..

Plaintiff had cited *Near v. Minnesota (SCOTUS* circa 1933) but Judge Pistorius DISMISSED THE CASE for $25,000.oo in damages against the Theatre Owner WITHOUT a Jury Trial , on I$^{st}$ Amendment grounds AND on the grounds that COMPLAINTS about movies  (by an UNCONSTITUTIONAL FEDERAL LAW!) can only be heard by State Court in Los Angeles County! (anything to the contrary  in local "Community standards" not-withstanding!) and not tested by a Jury Trial!)

Thomas J. Kuna-Jacob vs. Missy Stellhorn et AAA of Missouri & Southern IL

Which Judge Pistorious dismissed WITHOUT  a Jury Trial against AAA of MO for $50,000.oo for colluding with Missy Stellhorn to LAY A CLAIM OF @ $1,500.oo for a dent on the edge of her side-door of her van the size of my pinkie finger nail that SHOULD HAVE BEEN REPAIRED for less than the $25O dollar deductible! Plantiffs insurance [plus two prior minor accidents were ''t'other car was ILLGALLY parked, NONETHELESS PLAINTIFF WAS UNFAIRLY CHARGED BY THE OPPOSING INSURANCE FOR 100% OF ThE FAULT AS MY CAR WAS IN MOTION!] was so high he couldn't afford drive for over a year,

The THIRD matter is still pending a Timely DEMAND for a Jury Trial in Jersey County before now Judge Lorton and hence is not (yet) before this Court.

The Matter of Missy Stellhorn WENT AL THE WAY TO THE STATE SUPREME COURT ON the sole  issue of LACK OF  A JURY TRIAL in the Hearing Court BUT WAS NOT even filed BEFORE THAT COURT by Clerk of the Court Ms .Carolyn TAFT Grosboll on various obscure "rules of Court"; from the "swamp" of Illinois Supreme Court Rules DESIGNED TO make APPEALS to that Court UNLIKELY and effectively making  of Clerk TAFT Grosboll an ERSATZ "Judge" in a DELIBERATE attempt by ILLINOIS to DENY THE VII Amendment CLEAR RIGHT to a jury trial at least in matters brought by a "mere" citizen against some member of the "ownership" class.

On a SECOND matter: whereas the US Constitution's ART I Section 8 (e) gives the power EXCLUSIVELY to the US Congress :

> "To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures"

and the Congress has found that the COLA in 2021 has increased by 1.3%, and in 2020 by 1.3% and in the prior years to 2008 had increased by 0% in most years since 2008, by only perhaps a cumulative total of 15%.

But whereas the State of Illinois has, – in one year (2021) increased the fee to RENEW a Vehicular Registration by 49% – we move that NO STATE may increase the fees it charges FOR ALL SERVICES it provides by more than 1.3% in the year 2021, or by 15% over the fee it charges for the SAME service in 2008.

Hence we move that the Vehicular Registration for Tag Renewal in Illinois for the year 2021 be: $101.oo x 1.3% = $102.31 NOT $150. and that Secretary of State Jesse White by ORDERED to charge $102.31 to comply with the US Constitution ART I Section 8 (e) 's grant to the CONGRESS OF THE USA ALONE to regulate "the value [of Money] thereof"

Plaintiff moves this Court declare 735 ILCS 5/2-619 a TRANSPARENT VIOLATION OF THE US CONSTITUTION'S AMEND VII AND AMEND XIV IN THAT IT SO ABRIDGES AND ATTENUATES AND DELAYS EFFECTIVE EXERCISE OF VII AMENDMENT RIGHTS AS TO DENY THEM ALTOGETHER!

AND MANDATE THE SUPREME COURT OF ILLINIOS TO ISSUE A MANDATE TO THE JERSEY COUNTY COURT TO HOLD JURY TRIALS IN EACH OF THE THREE CASES.

So Moved this 28th day of April,2021 (to be copied April 28, 2021. and mailed April 29th, 2021 to the Court at 750 Missouri Ave., East St. Louis IL 62201

/s/   THOMAS J, KUNA-JACOB

proof of service;

ON tie 29 [actually: the 11th of May] day of April, 2021, I, Thomas J, Kuna-Jacob (WILL) have mailed this to opposing counsel, at the US Post Office at Washington & Exchange Sts in Jerseyville, IL, 62052:

Christine Tuttle for Stadium Theatre 123 Pearl St., Jerseyville IL 62052

Richard D .McNelley  for AAA of MO & Southenr IL  12901 N, Forty Dr., St .Louis MO 63121

Richard Weise for Missy Stellhorn, PO Box 467, Edwardsville IL 62025

Attorney General of Illinois Kwame Raoul,  100 West Randolph St, Chicago IL, 60601


/s/  *THOMAS J. KUNA-JACOB*

The Clerk of the Court
Re: US District Court for the Central Dist
100 NE Monroe
Peoria IL 41602

